SOL. J. WALLACH, APPELLANT, v. LOUIS STEIN. APPELLEE.

Decided May 21, 1926.

**Corporations—Uniform Stock Transfer Act—Constitutionality— Act Not Challenged in the Trial Court, and Question Cannot be Argued in the Supreme Court for the First Time.**

On petition for re-argument.

Before Justices PARKER, MINTURN and BLACK.

For the appellant, *Harry Unger.*

For the appellee, *Philip J. Schotland.*

PER CURIAM.

Appellant has asked for a re-argument on the ground that a constitutional question, which was first called to the attention of counsel at the main argument in this court, was not discussed by them by supplemental brief or otherwise, be-

cause they understood the court would advise them in case argument on that point was desired.

An insuperable difficulty about hearing counsel on this point is that the matter would not be properly before us, because the constitutional question was not raised in the trial court. The Uniform Stock Transfer act, a section of which it is desired to attack, was relied on by that court, and was not challenged as to its validity in any way. That being the case, the question should not be argued here for the first time. *Borough of Park Ridge* v. *Reynolds*, 74 *N. J. L.* 449.

The application for re-argument will therefore be denied.